# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baldock, Bobby R. | United States Court of Appeals for the Tenth Circuit | 03/01/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
500 North Richardson Ave
Roswell, NM 88201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 03/01/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 03/01/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Pioneer Savings Bank (cash) | A | Interest | M | T | | | | | |
| 3. Silver and silver coins | | None | J | T | | | | | |
| 4. Gold coins | | None | J | T | | | | | |
| 5. Lot in South Spring Acres, Roswell, NM | | None | J | W | | | | | |
| 6. Stock in South Spring Acres, Roswell, NM | | None | K | W | | | | | |
| 7. Oil & Gas Items (H) | | | | | | | | | |
| 8. XTO Energy Production | A | Royalty | J | W | | | | | |
| 9. BP Am Production Company | A | Royalty | J | W | | | | | |
| 10. Hilcorp San Juan, L.P. | C | Royalty | J | W | | | | | |
| 11. Sunco Oil & Gas Production | A | Royalty | J | W | | | | | |
| 12. Great Western Drillling Company | A | Royalty | J | W | | | | | |
| 13. El Paso Production Company - (Finley Resources, Inc.) | B | Royalty | J | W | | | | | |
| 14. Working interest in Mewbourne Oil, Eddy County, NM | A | Royalty | J | W | | | | | |
| 15. Hunker Commune (Holly, Bluestem, Rio Oil & Gas, COG Operating) | A | Royalty | J | W | | | | | |
| 16. Minerals, Washita County, OK (BBX Oil Corp.) | A | Rent | J | W | | | | | |
| 17. Navajo, Hockley County, TX | A | Royalty | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Working interest in Hodges - Hockley County, TX | A | Royalty | J | T | | | | | |
| 19. Working interest in Jeffers-Hockley County, TX | A | Royalty | J | T | | | | | |
| 20. Working interest in Pair- Hockley County, TX | A | Royalty | J | T | | | | | |
| 21. Working interest in Reed-Hockley County, TX | A | Royalty | J | T | | | | | |
| 22. Working interest in White-Hockley County, TX | A | Royalty | J | T | | | | | |
| 23. Working interest in Terry-Hockley County, TX | A | Royalty | J | T | | | | | |
| 24. IRA #1 (H) | | | | | | | | | |
| 25. Bank of America, N.A. (cash) | A | Interest | J | T | | | | | |
| 26. XCEL Energy Inc. (XEL) | B | Dividend | L | T | | | | | |
| 27. Lord Abbett Total Return Fund CL A (LTRAX) (Y) | | | | | | | | | |
| 28. Annuity #1 (H) | | | | | | | | | |
| 29. Allstate Choice Rate Fixed Annuity (Y) | | | | | | | | | |
| 30. Brokerage Account #1 (H) | | | | | | | | | |
| 31. MML Bank Deposit Program (cash) | A | Dividend | J | T | | | | | |
| 32. Blackrock Liquidity Fund T Fund Instl Cl (TSTXX) | A | Dividend | J | T | Sold (part) | 01/14/20 | J | | |
| 33. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 34. Invesco Emerging Markets (PCY) | A | Dividend | J | T | Sold (part) | 01/14/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 36. Invesco Preferred ETF (PGX) | A | Dividend | J | T | | | | | |
| 37. IShares 20+ Year (TLT) | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 38. | | | | | Sold (part) | 03/13/20 | J | A | |
| 39. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 40. iShares TIPS (TIP) | A | Dividend | J | T | Sold (part) | 01/14/20 | J | A | |
| 41. | | | | | Sold (part) | 03/16/20 | J | A | |
| 42. iShares 3-7 Year Treasury Bond ETF (IEI) | | None | | | Sold | 01/14/20 | J | A | |
| 43. iShares MBS (MBB) | B | Dividend | L | T | Sold (part) | 01/14/20 | J | A | |
| 44. | | | | | Sold (part) | 03/12/20 | J | A | |
| 45. | | | | | Sold (part) | 03/20/20 | J | A | |
| 46. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 47. iShares iBoxx High Yield (HYG) | | None | | | Sold | 01/14/20 | J | A | |
| 48. iShares Inc Core MSCI Emerging Markets (IEMG) | A | Dividend | J | T | Buy (add'l) | 01/14/20 | J | | |
| 49. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 50. | | | | | Sold (part) | 04/14/20 | J | | |
| 51. iShares Tr Core MSCI EFA (IEFA) | A | Dividend | L | T | Buy (add'l) | 01/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 53. | | | | | Sold<br>(part) | 04/14/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 55. Schwab Short-Term U.S. (SCHO) | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 56. SPDR Bloomberg Barclays (BIL) | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 57. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 58. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 60. Vaneck Vectors J.P. (EMLC) | A | Dividend | J | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 61. | | | | | Sold<br>(part) | 01/14/20 | J | B | |
| 62. Vanguard Small Cap Value (VBR) | A | Dividend | J | T | Buy<br>(add'l) | 03/20/20 | J | | |
| 63. Vanguard Small Cap Growth (VBK) | A | Dividend | J | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 65. | | | | | Sold<br>(part) | 08/12/20 | J | A | |
| 66. Vanguard Value ETF (VTV) | B | Dividend | L | T | Sold<br>(part) | 01/14/20 | J | A | |
| 67. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 68. | | | | | Sold<br>(part) | 04/14/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  Vanguard Growth ETF (VUG) | A | Dividend | L | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 72. | | | | | Sold<br>(part) | 08/12/20 | K | E | |
| 73.  Vanguard Intermediate (BIV) | B | Dividend | K | T | Sold<br>(part) | 03/12/20 | J | A | |
| 74. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 76.  Vanguard Short Term Corp Bond (VCSH) | A | Dividend | K | T | Sold<br>(part) | 01/14/20 | J | A | |
| 77. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 78. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 81.  Vanguard Intermediate Corp Bond (VCIT) | A | Dividend | K | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 82. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 83. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 85.  Vanguard Total International (BNDX) | A | Dividend | K | T | Sold<br>(part) | 01/14/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baldock, Bobby R.** | 03/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 87. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 88. Xtrackers USD High Yield (HYLB) | A | Dividend | J | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 89. Brokerage Account #2 (H) | | | | | | | | | |
| 90. XCEL Energy Inc. (XEL) (X) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 03/01/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bobby R. Baldock**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544